No. 27. VILLA ET AL. v. VAN SCHAICK, SUPERINTENDENT OF INSURANCE. Argued October 22, 1935. Decided October 25, 1935. *Per Curiam:* The appeal herein is dismissed

for the want of a properly presented federal question. *Lynch* v. *New York*, 293 U. S. 52. *Mr. Hartwell Cabell,* with whom *Mr. Asa B. Kellogg* was on the brief, for appellants. *Messrs. Louis H. Pink, Walter B. Herendeen,* and *Benjamin Potoker* were on the brief for appellee. *Mr. John J. Bennett, Jr.,* Attorney General of New York, *Mr. Henry Epstein,* Solicitor General, and *Mr. Joseph A. McLaughlin,* Assistant Attorney General, were on the brief for the Industrial Commissioner of New York, intervener, in support of the position of appellee. 